# EXHIBIT A

## SETTLEMENT AGREEMENT AND
## FULL AND FINAL MUTUAL RELEASE OF ALL CLAIMS

1.     This Agreement covers all understandings between Plaintiffs, REBECCA SUGGS, JOHNATHAN DOODY, RUSSELL NYSTROM, Opt-In Plaintiff, TERRY MILLER (hereinafter referred to as "Plaintiffs" a term which includes Plaintiffs' successors, beneficiaries, personal representatives, and heirs), and Defendant, OCALA RV-CAMP RESORT (hereinafter referred to as "Defendant" term which includes Kunal II, LLC and each and every officer, director, employee, agent, parent corporation or subsidiary, affiliate or division, its successors, assigns, beneficiaries, servants, legal representatives, insurers and heirs).

2.     For and in consideration of the promises outlined in Paragraph 3 of this Agreement, Plaintiffs and Defendant agree as follows:

A.     To settle any and all claims and actions of any nature whatsoever between Plaintiffs and Defendant, including the matter currently pending under Case No. 5:10-cv-528-OC-99MMH-MCR, as well as mutually and generally release of any and all claims against one another, including but not limited to any obligation by either party regarding non-compete or non-solicitation clauses.

B.     To agree and acknowledge that this settlement is the compromise of a disputed claim and does not constitute an admission by Defendant of any violation of any federal, state, or local statute or regulation, or any violation of any of Plaintiffs' rights or of any duty owed by Defendant to Plaintiffs.

C.     That the below-referenced amount paid by Defendant represents a sum to which Plaintiffs would not be entitled absent this Agreement.

D.     Not to disclose the existence of this claim or contents of this Agreement to anyone except the attorney representing Plaintiffs in this matter, Plaintiffs' tax advisors (who, in turn, shall also agree not to disclose this Agreement to any third parties) as compelled by force of law, or as required during any unemployment compensation proceedings. In the event Plaintiffs are compelled by force of law to disclose the contents of this Agreement, Plaintiffs agree that notice of receipt of the judicial order or subpoena shall be immediately communicated to Defendant telephonically and confirmed immediately thereafter in writing so that Defendant will have the opportunity to assert what rights it may have in non-disclosure prior to any response to the order or subpoena.

3.     For and in consideration of the promises made by Plaintiffs in Paragraph 2 of this Agreement, Defendant agrees to pay Plaintiffs consideration of $20,000.00 in monetary compensation and to provide a satisfaction of judgment to JOHNATHAN DOODY in Case No. 10-1541-cc having been obtained in Marion County, Florida on behalf of Kunal II, LLC within ten (10) days of the Court's dismissal of this action.  The $20,000 in monetary compensation

shall be allocated by Defendant's attorney in separate checks and delivered to Plaintiffs' attorney as follows:

- one check payable to REBECCA SUGGS   in the amount of $3,125.00 representing unpaid wages and damages;

- one check payable to JOHNATHAN DOODY in the amount of $1,125.00 representing unpaid wages and damages;

- one check payable to RUSSELL NYSTROM in the amount of $2,125.00 representing unpaid wages and damages;

- one check payable to TERRY MILLER in the amount of $5,125.00 representing unpaid wages and damages; and

- one check made payable to MORGAN & MORGAN, P.A. in the amount of $8,500.00 representing attorneys' fees and costs incurred on Plaintiffs' behalf.

*Plaintiffs acknowledge that they are aware of, and agree with, the amount of attorneys' fees and costs to be paid to their counsel for representing their interests in this matter*

4.    In the event that Plaintiffs or Defendant commence an action for damages, injunctive relief, or to enforce the provisions of the Agreement, the prevailing party in any such action shall be entitled to an award of its reasonable attorney's fees and all costs including appellate fees and costs, incurred in connection therewith as determined by the court in any such action.

5.    Plaintiffs and Defendant agree that this Settlement Agreement is entered into knowingly and voluntarily, after having the opportunity to fully discuss it with an attorney. Having had the opportunity to obtain the advice of legal counsel to review, comment upon, and redraft the agreement, the parties agree that the Agreement shall be construed as if the parties jointly prepared it so that any uncertainty or ambiguity shall not be interpreted against any one party and in favor of the other.

6.    This Agreement supersedes all prior agreements and understandings between Plaintiffs and Defendant. No cancellation, modification, amendment, deletion, addition, or other changes in this Agreement or any provision hereof or any right herein provided shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Plaintiffs and an authorized representative of Defendant.

7.    Should any provision of this Agreement be declared or determined by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby and said illegal or invalid part, term or provision shall be

2

deemed not to be a part of this Agreement and all other valid provisions shall survive and continue to bind the parties.

8.    The law governing this Agreement shall be that of the United States and the State of Florida.

9.    This Settlement Agreement may be executed in two or more identical counterparts (including by facsimile or pdf), which, when delivered, shall constitute one and the same instrument and shall be enforceable as if all of the Parties had executed a single document.

DATE: 6-9-11                    Signature: _____
                                           REBECCA SUGGS

DATE: 6-12-11                   Signature: _____
                                           JOHNATHAN DOODY

DATE:_____            Signature: _____
                                           RUSSELL NYSTROM

DATE:_____            Signature: _____
                                           TERRY MILLER

DATE: 6/22/11                   Signature: _____
                                           for  OCALA  RV  CAMP  RESORT  and
                                           Kunal II, LLC

E:\01. PGG\GAEKWAD - FILES\OCALA RV  SUGGS  DOODY\SETTLEMENT AGREEMENT 05.26.11.doc

3

deemed not to be a part of this Agreement and all other valid provisions shall survive and continue to bind the parties.

      8.    The law governing this Agreement shall be that of the United States and the State of Florida.

      9.    This Settlement Agreement may be executed in two or more identical counterparts (including by facsimile or pdf), which, when delivered, shall constitute one and the same instrument and shall be enforceable as if all of the Parties had executed a single document.

DATE:_____        Signature: _____
                                                           REBECCA SUGGS

DATE:_____        Signature: _____
                                                           JOHNATHAN DOODY

DATE: 6/05/11        Signature: _____
                                                           RUSSELL NYSTRØM

DATE:_____        Signature: _____
                                                             TERRY MILLER

DATE:_____        Signature: _____
                                                             for OCALA RV-CAMP RESORT and Kunal II, LLC

E:\01. PGO\GAEKWAD - FILES\OCALA RV  SUGGS DOODY\SETTLEMENT AGREEMENT 05.26.11.doc

3

deemed not to be a part of this Agreement and all other valid provisions shall survive and continue to bind the parties.

      8.    The law governing this Agreement shall be that of the United States and the State of Florida.

      9.    This Settlement Agreement may be executed in two or more identical counterparts (including by facsimile or pdf), which, when delivered, shall constitute one and the same instrument and shall be enforceable as if all of the Parties had executed a single document.

DATE:_____      Signature: _____
                                            REBECCA SUGGS

DATE:_____      Signature: _____
                                            JOHNATHAN DOODY

DATE:_____      Signature: _____
                                            RUSSELL NYSTROM

DATE: 5-31/11      Signature: *Terry Miller*
                                            TERRY MILLER

DATE:_____      Signature: _____
                                            for OCALA RV-CAMP RESORT and Kunal II, LLC

E:\01. PGG\GAEKWAD - FILES\OCALA RV SUGGS DOODY\SETTLEMENT AGREEMENT 05.26.11.doc

3